### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:                                    Case No.:        _____19-16272/JNP_____

William Arpino                            Chapter:         _____7_____

                                          Judge:           _____JNP_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____ , _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____June 11, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__ . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:<br>115 East Kings Highway, Unit 184<br>Maple Shade, NJ<br>FMV - $121,853.00 |
|---|---|

| Liens on property: | PNC Bank - $94,746.24 |
|---|---|

| Amount of equity claimed as exempt:  $16,026.00 |
|---|

Objections must be served on, and requests for additional information directed to:

Name:        _____/s/ Joseph D. Marchand, Chapter 7 Trustee_____

Address:     _____117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302_____

Telephone No.:  _____(856) 451-7600_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-16272-JNP
William R. Arpino                                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: May 13, 2019
                             Form ID: pdf905          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db           +William R. Arpino,   115 E. Kings Highway,    Unit 184,   Maple Shade, NJ 08052-3449
518148440    +APEX Asset Management LLC,    2501 Oregon Pike,   Suite 102,   Lancaster, PA 17601-4890
518148439    +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518148442     Citicards Cbna,   Citi Bank,   Po Box 6077,   Sioux Falls, SD 57117-6077
518148443    +Equifax Information Services,   PO Box 740241,   Atlanta, GA 30374-0241
518148444    +Experian,   PO Box 4500,   Allen, TX 75013-1311
518148445     HRRG,   PO Box 8486,   Coral Springs, FL 33075-8486
518148446    +IRhythm Technologies Inc.,   Dept CH 19717,   Palatine, IL 60055-0001
518148447    +Jefferson Health - New Jersey,   500 Marlboro Ave.,   Cherry Hill, NJ 08002-2020
518148448     Kennedy Medical Group Practice, P.C.,   PO Box 95000,   CL#4570,   Philadelphia, PA 19195-0001
518148449     Lourdes Cardiology Services,   Po Box 824699,   Philadelphia, PA 19182-4699
518221680    +PNC BANK, NATIONAL ASSOCIATION,   KML Law Group, P.C.,   216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
518148450    +Pnc Bank,   Attn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
               Cleveland, OH 44101-4982
518148451    +Pnc Mortgage,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
518148452    +Pulmonary & Sleep Associates of SJ, LLC,   107 Berlin Rd.,   Cherry Hill, NJ 08034-3526
518148453     STAT Medical Transport, Inc,   PO Box 13702,   30th Street Station,
               Philadelphia, PA 19101-3702
518148454    +TransUnion,   PO Box 2000,   Chester, PA 19016-2000
518148455    +Virtual Radiologic Professionals,   PO Box 120153,   Grand Rapids, MI 49528-0103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:53    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518148441    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 14 2019 00:08:39    Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
                                                                                  TOTAL: 3

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2019                          Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
              Daniel L Reinganum   on behalf of Debtor William R. Arpino DanielR@McDowellLegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 4