| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | William R. Arpino<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8304<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–16272–JNP | | |

# Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William R. Arpino
aka Ron Arpino, aka William Arpino

7/12/19                                                                         **By the court:** Jerrold N. Poslusny Jr.
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-16272-JNP
William R. Arpino                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Jul 12, 2019
                               Form ID: 318             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
```
db             +William R. Arpino,    115 E. Kings Highway,    Unit 184,    Maple Shade, NJ 08052-3449
518148440      +APEX Asset Management LLC,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
518148443      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518148444      +Experian,    PO Box 4500,    Allen, TX 75013-1311
518148445       HRRG,    PO Box 8486,    Coral Springs, FL 33075-8486
518148446      +IRhythm Technologies Inc.,    Dept CH 19717,    Palatine, IL 60055-0001
518148447      +Jefferson Health - New Jersey,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
518148448       Kennedy Medical Group Practice, P.C.,    PO Box 95000,    CL#4570,    Philadelphia, PA 19195-0001
518148449       Lourdes Caridology Services,    Po Box 824699,    Philadelphia, PA 19182-4699
518221680      +PNC BANK, NATIONAL ASSOCIATION,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518148450      +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518148451      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518148452      +Pulmonary & Sleep Associates of SJ, LLC,    107 Berlin Rd.,    Cherry Hill, NJ 08034-3526
518148453       STAT Medical Transport, Inc,    PO Box 13702,    30th Street Station,
                 Philadelphia, PA 19101-3702
518148454      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518148455      +Virtual Radiologic Professionals,    PO Box 120153,    Grand Rapids, MI 49528-0103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QJDMARCHAND.COM Jul 13 2019 03:43:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,    Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 13 2019 00:24:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 13 2019 00:24:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518148439      +EDI: AMEREXPR.COM Jul 13 2019 03:43:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
518148441      +EDI: CAPITALONE.COM Jul 13 2019 03:43:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518148442      +EDI: CITICORP.COM Jul 13 2019 03:43:00      Citicards Cbna,    Citi Bank,    Po Box 6077,
                 Sioux Falls, SD 57117-6077
                                                                                               TOTAL: 6
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
```
              Daniel L Reinganum     on behalf of Debtor William R. Arpino DanielR@McDowellLegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;reinganumdr62202@notify.bestcase.com
              Denise E. Carlon     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5
```